# UNITED STATES DISTRICT COURT

for the

District of Nevada

__________ Division

| | | |
|---|---|---|
| James H Dillard II<br>*Plaintiff(s)*<br>*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*<br>**-v-**<br>Damon Lovell, Kenneth Rucker, Marquis Platt (aka Marquis Edwards)<br>*Defendant(s)*<br>*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | ) | Case No. ____________<br>*(to be filled in by the Clerk's Office)*<br><br>Jury Trial: *(check one)* ☐ Yes ☑ No |

## COMPLAINT FOR A CIVIL CASE

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | James H Dillard II |
| Street Address | 21 Raptors View Avenue |
| City and County | North Las Vegas |
| State and Zip Code | Nevada, 89031 |
| Telephone Number | 702-235-9194 |
| E-mail Address | djtorch07@gmail.com |

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Damon R. Lovell |
| Job or Title *(if known)* | Unknown |
| Street Address | 2903 Valerian Lane eso@gmail.com (713) 418-0918 |
| City and County | Upper Marlboro |
| State and Zip Code | MD 27704 United States |
| Telephone Number | (713) 418-0918 |
| E-mail Address *(if known)* | rommiepeso@gmail.com |

Defendant No. 2

| | |
|---|---|
| Name | Marquis Platt aka Marquis Edwards |
| Job or Title *(if known)* | Unknown |
| Street Address | 106 Briarwood road |
| City and County | Waycross , |
| State and Zip Code | Georgia 31501 United States |
| Telephone Number | (912) 288-8030 |
| E-mail Address *(if known)* | Marquiseyt912@gmail.com |

Defendant No. 3

| | |
|---|---|
| Name | Kenneth Rucker 4 |
| Job or Title *(if known)* | Unknown |
| Street Address | 6136 Frisco Square Blvd |
| City and County | Frisco, |
| State and Zip Code | Texas 75034 United States |
| Telephone Number | (248) 506-1244 |
| E-mail Address *(if known)* | nfo@lamarracing.com |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Please see attached Documentation for a full explanation

Copyright Infringement
Cyber Stalking
Invasion of Privacy
Doxing (SB306)

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

a. If the plaintiff is an individual

The plaintiff, *(name)* James H Dillard II, is a citizen of the State of *(name)* Nevada.

b. If the plaintiff is a corporation

The plaintiff, *(name)* ____________, is incorporated under the laws of the State of *(name)* ____________, and has its principal place of business in the State of *(name)* ____________.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

a. If the defendant is an individual

The defendant, *(name)* Damon Lovell Kennth Rucker, Marquis Platt, is a citizen of the State of *(name)* MD TX, GA. Or is a citizen of *(foreign nation)* ____________.

b. If the defendant is a corporation

The defendant, *(name)* ______, is incorporated under the laws of the State of *(name)* ______, and has its principal place of business in the State of *(name)* ______. Or is incorporated under the laws of *(foreign nation)* ______, and has its principal place of business in *(name)* ______.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

The amount is justified when you factor in the level of harassment, invasion of privacy, threats, copyright infringement of over 100 instances and this stalking is ongoing.

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

the plaintiff has diligently compiled an extensive record of the defendants' egregious conduct, meticulously documenting a litany of transgressions that have inflicted profound and ongoing harm upon the plaintiff. These actions, ranging from slanderous attacks on the plaintiff's character to the relentless dissemination of false information and the unauthorized use of the plaintiff's copyrighted materials, collectively underscore the defendants' persistent campaign to undermine, harass, and defame the plaintiff.
In presenting this motion for reinstatement, the plaintiff seeks to rectify the oversight that led to the dismissal of the initial complaint and to ensure that the defendants are held accountable for their continued misconduct. By

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Requested Relief
In light of the defendants' egregious conduct, the plaintiff seeks the following relief:
1. Reinstatement of copyright strikes and claims against the defendants
2. Cease and desist orders against the unauthorized use of plaintiff's copyrighted works
3. Injunction prohibiting further threats or harassment against the plaintiff and his supporters
4. Public apology from the defendants for their defamatory statements
5. Permanent removal of defamatory content from affected platforms

IV. CONCLUSION
In light of the persistent and egregious harm inflicted upon the plaintiff by the defendants' relentless actions, it is imperative that this Honorable Court reinstates the lawsuit and grants the requested relief. The defendants' repeated violations of the law and blatant disregard for the plaintiff's rights demand swift and decisive action by the court to uphold justice and protect the plaintiff from further harm.
The defendants' conduct, characterized by defamation, harassment, stalking, making false statements to federal agents, and copyright infringement, has caused irreparable damage to the plaintiff's reputation, emotional

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 06/12/2024

Signature of Plaintiff: James Dillard II

Printed Name of Plaintiff: James H Dillard II

### B. For Attorneys

Date of signing:

Signature of Attorney:

Printed Name of Attorney:

Bar Number:

Name of Law Firm:

Street Address:

State and Zip Code:

Telephone Number:

E-mail Address: