**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JAMES H. DILLARD, II, | Case No.: 2:24-cv-01143-APG-BNW |
| Plaintiff | **Order Denying Without Prejudice Motions for Injunctive Relief** |
| v. | [ECF Nos. 24, 34] |
| DAMON LOVELL, et al., | |
| Defendants | |

I ORDER that plaintiff James Dillard, II's motions for a temporary protective order **(ECF No. 24)** and for a preliminary injunction **(ECF No. 34) are DENIED without prejudice** to refile after the plaintiff's complaint has been screened and there is an operative complaint in this matter. Because there is no operative complaint at this time, it is impossible to determine whether Dillard can show a likelihood of success on the merits.

DATED this 24th day of February, 2026.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE