**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JAMES H. DILLARD, II, | Case No.: 2:24-cv-01143-APG-BNW |
| Plaintiff | **Order Accepting Report and Recommendation** |
| v. | [ECF No. 41] |
| DAMON LOVELL, et al., | |
| Defendants | |

On March 13, 2026, Magistrate Judge Weksler recommended that I dismiss with prejudice some of plaintiff James Dillard's claims. ECF No. 41 at 10-11.  Dillard did not object. Thus, I am not obligated to conduct a de novo review of the report and recommendation. 28 U.S.C. § 636(b)(1) (requiring district courts to "make a de novo determination of those portions of the report or specified proposed findings to which objection is made"); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) ("the district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise" (emphasis in original)).

I THEREFORE ORDER that Magistrate Judge Weksler's report and recommendation (ECF No. 41) is accepted and plaintiff James Dillard's claims for civil extortion under Nevada law, fraudulent misrepresentation, malicious abuse of copyright enforcement, failure to comply with Digital Millennium Copyright Act safe harbor requirements, and doxing and privacy violations are dismissed with prejudice.

DATED this 31st day of March, 2026.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE