Case 2:24-cv-01143-APG-BNW Document 41-1

U.S. Department of Justice
United States Marshals Service

# PROCESS RECEIPT AND RETURN

See "Instructions for Service of Process by U.S. Marshal"

| | |
|---|---|
| PLAINTIFF<br>James H Dillard II | COURT CASE NUMBER<br>Case No. 2:24-cv-01143-APG-BNW |
| DEFENDANT<br>Damon Lovell | TYPE OF PROCESS<br>Summons and Amended Compla |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN: Damon Lovell
ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*: 6702 Hanlon Court, Houston, Texa, 77083

| | |
|---|---|
| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW<br>James H Dillard II<br>21 Raptors View Avenue North Las Vegas, Nevada, 89031 725-314-4444 | Number of process to be served with this Form 285: 1<br>Number of parties to be served in this case: 4<br>Check for service on U.S.A. |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service)*:

"Plaintiff proceeds in forma pauperis. Defendant's last known residence address i s listed above. Plaintiff requests personal service."

| Signature of Attorney other Originator requesting service on behalf of: | | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| James Dillard II | ☑ PLAINTIFF<br>☐ DEFENDANT | 725-314-4444 | April 9, 2026 |

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1/4 | No. 048 | No. 79 | [signature] | 14 APR 2026 |

I hereby certify and return that I ☐ have personally served , ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☑ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | Date | Time | |
|---|---|---|---|
| | 5/28/26 | 9:31 | ☑ am ☐ pm |

| Address *(complete only different than shown above)* | Signature of U.S. Marshal or Deputy |
|---|---|
| | Shanna Nelson |

Costs shown on attached USMS Cost Sheet >>

REMARKS

Endeavor - 5/20/26 @ 11:12am, NO ANSWER, LEFT CARD
Endeavor - 5/28/26 @ 9:30am, no answer, LEFT CARD, other card from 5/20 was removed.
Returning process as unexecuted.

✓ FILED ____ RECEIVED
____ ENTERED ____ SERVED ON
COUNSEL/PARTIES OF RECORD

JUN 16 2026

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: ____ DEPUTY

Form USM-285
Rev. 03/21

Civil Action No. 2:24-cv-01143-APG-BNW

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* D. LOVELL
was received by me on *(date)* 4/14/26 .

☐ I personally served the summons on the individual at *(place)* ______________________
______________________ on *(date)* ______________ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* ______________
______________________ , a person of suitable age and discretion who resides there,
on *(date)* ______________ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* ______________________ , who is
designated by law to accept service of process on behalf of *(name of organization)* ______________
______________________ on *(date)* ______________ ; or

☑ I returned the summons unexecuted because unable to locate, left contact ; or
card several times.

☐ Other *(specify)*:

My fees are $ ________ for travel and $ 65x2 for services, for a total of $ 0.00 .
R/T mile 76 miles = $136.00

I declare under penalty of perjury that this information is true.

Date: 5/28/26

[signature]
*Server's signature*

Shanna Nelson, DUSM
*Printed name and title*

515 Rusk Houston TX 77002
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Nevada

| | | |
|---|---|---|
| James H. Dillard, II<br><br>*Plaintiff(s)*<br>v.<br>Lovell et al<br><br>*Defendant(s)* | ) | Civil Action No. 2:24-cv-01143-APG-BNW |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Damon Lovell

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

James H. Dillard, II
21 Raptors View Avenue
North Las Vegas, NV 89031

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DEBRA K. KEMPI
CLERK

(By) DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA

3/13/2026
DATE